ROBINSON *v.* TENNESSEE.

No. 1625, Misc.  Decided June 17, 1968.

*Jack Greenberg, Michael Meltsner,* and *Anthony G. Amsterdam* for petitioner.

*George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Deputy Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.  The judgment is reversed.  *Miranda* v. *Arizona,* 384 U. S. 436; *Darwin* v. *Connecticut,* 391 U. S. 346, at 350 (concurring opinion of MR. JUSTICE HARLAN).

MR. JUSTICE BLACK and MR. JUSTICE WHITE are of the opinion that certiorari should be denied.